# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JONATHAN WILLIAMS,**

    **Plaintiff,**

v.                                  **CASE NO. 1:06-cv-00129-MP-AK**

**ALACHUA COUNTY, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed an amended complaint on July 6, 2006, (doc. 6), in response to the Court's previous Order directing him to file a complaint on the proper forms and to file a motion for leave to proceed IFP or pay the filing fee.  (Doc. 4).  He moved for additional time to file the IFP motion (doc. 7), which was granted.  (Doc. 9).  However, when this order was mailed to Plaintiff at the address provided by him (see doc. 10), it was returned as undeliverable.  (Doc. 11).  The Order was then re-mailed to a forwarding address provided by the Alachua County Jail as Plaintiff's release address.  (Doc. 11).  This mail, too, was returned as undeliverable with no forwarding address.  (Doc. 13).  A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with an order of this Court (docs. 4 and 9) and has not advised the Court of his current address.  Thus, there is no way for the Court to communicate with Plaintiff about the prosecution of his case.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **21ˢᵗ** day of September, 2006.

        s/ A. KORNBLUM
        ALLAN KORNBLUM
        UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**
**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**