**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JONATHAN WILLIAMS,**

    **Plaintiff,**

v.                                               **CASE NO. 1:06-cv-00129-MP-AK**

**ALACHUA COUNTY,**
**et al,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff was directed on June 28, 2006, to file an amended complaint and a motion for IFP. (Doc. 4). He filed an amended complaint (doc. 6), but had still not filed a motion to proceed IFP and was granted through September 4, 2006, to file the motion. (Doc. 9). This Order was returned as undeliverable and a forwarding address was provided and the Clerk re-mailed the Order to the address provided. (Doc. 11). This mail was also returned as undeliverable (doc. 13), and the Court entered recommendations that the cause be dismissed. (Doc. 15). The Court found a different address for Plaintiff in another case he had filed, vacated the recommendations (doc. 17) and had the Clerk send him new complaint forms to file a second amended pleading to the new address. (Doc. 17). When no amended complaint was filed, an Order to Show Cause was entered directing a response on or before January 12, 2007. (Doc. 18). Plaintiff has not responded to the Order to Show Cause or otherwise communicated with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ.

P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with an Order of this Court directing that he file an amended complaint and an Order to Show Cause (doc. 17 and 18) and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  9th  day of February, 2007.


s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**