IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN WILLIAMS,

    Plaintiff,

v.                                                     CASE NO. 1:06-cv-00129-MP-AK

ALACHUA COUNTY,
et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, the Report and Recommendation of the Magistrate Judge, which recommends dismissing Plaintiff Williams' amended complaint with prejudice for failure to prosecute and failure to obey an order of court. The Magistrate Judge filed a Report and Recommendation on Friday, February 9, 2007. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), the Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

By prior order, Plaintiff was directed to file an amended complaint on or before November 16, 2006. Doc. 17. When Plaintiff failed to do so, he was ordered to show cause on or before January 12, 2007, as to why this case should not be dismissed for failure to prosecute. Doc. 18. Plaintiff failed to respond to the show cause order. Therefore, the Court agrees with the Magistrate that because Plaintiff has failed to prosecute this case, and has failed to obey an order of court, this case should be dismissed. Having considered the Report and Recommendation and the lack of objections, I have determined that the Report and

Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed with prejudice.

**DONE AND ORDERED** this   *16th* day of March, 2007

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge